UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
UNITED STATES OF AMERICA

      -v-

JANELLE THOMAS and PAUL
WILLIAM PERSON, JR.,

         Defendants.
```

24-cr-608 (JSR)

ORDER

JED S. RAKOFF, U.S.D.J.:

The Court denies defendant Paul William Person, Jr.'s motion to sever his trial from that of his co-defendant Janelle Thomas. See ECF No. 15. Person has not made the showing of substantial prejudice necessary for a Court to grant a motion to sever under Rule 14 of the Federal Rules of Criminal Procedure. See United States v. Serpoosh, 919 F.2d 835, 838 (2d Cir. 1990); United States v. Sampson, 385 F.3d 183, 190 (2d Cir. 2004); see also Zafiro v. United States, 506 U.S. 534, 539 (1993) ("We believe that, when defendants properly have been joined under Rule 8(b), a district court should grant a severance under Rule 14 only if there is a serious risk that a joint trial would compromise a specific trial right of one of the defendants, or prevent the jury from making a reliable judgment about guilt or innocence.").

However, the Court believes that substantial redactions of the statement challenged under Bruton v. United States, 391 U.S. 123 (1968), will be necessary, see United States v. Jass, 569 F.3d

1

47, 56 & n.5 (2d Cir. 2009), failing which the statement may need to be excluded altogether. Accordingly, the Government should submit to the Court and counsel its proposed redactions by no later than one week prior to the trial, which is firmly fixed for March 31, 2025.

    The Clerk of Court is respectfully directed to close docket entry 15.

    SO ORDERED.

New York, NY  
February 4, 2025

                                                    JED S. RAKOFF, U.S.D.J.